Katie Joy Spielman (Bar No. 218923)
katie@dllawgroup.com
David M. Lilienstein (Bar No. 252209)
david@dllawgroup.com
DL LAW GROUP
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

Attorneys for Plaintiff
KEVIN KAMKAR

Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Tatiana Semerjian Nunneri (Bar No. 300493)
tnunneri@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KAMKAR,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA LIFE INSURANCE COMPANY OF NEW YORK; and DOES 1 through 10,<br><br>    Defendant. | Case No. 3:20-cv-08184-WHA<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND** [PROPOSED] **ORDER**<br><br>Judge:   William H. Alsup<br>Ctrm:    12<br><br>Complaint Filed:   November 19, 2020 |

IT IS HEREBY STIPULATED, by and between Plaintiff KEVIN KAMKAR and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a), *et seq.* of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

176244.1

1

Case No. 3:20-cv-08184-WHA
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER

and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED**.

Dated: March 12, 2021

David M. Lilienstein
Katie Joy Spielman
DL LAW GROUP

By: ___/s/ David M. Lilienstein___
David M. Lilienstein
Attorneys for Plaintiff KEVIN KAMKAR

Dated: March 12, 2021

Nicole Y. Blohm
Tatiana Semerjian Nunneri
MESERVE, MUMPER & HUGHES LLP

By: ___/s/ Tatiana Semerjian Nunneri___
Tatiana Semerjian Nunneri
Attorneys for Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA

## ORDER

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:20-cv-08184-WHA, is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

/ / /

/ / /

/ / /

/ / /

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

176244.1

2

Case No. 3:20-cv-08184-WHA
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER

1  IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and
2  costs in this matter.

3  **IT IS SO ORDERED**

5  Dated: March 12, 2021

   Hon. William H. Alsup
   United States District Judge

9  **FILER'S ATTESTATION**

10 The filing attorney attests that she has obtained concurrence regarding the filing of this
11 document and its content from the signatories to this document.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

176244.1

3

Case No. 3:20-cv-08184-WHA
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER